Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com
kstegall@littler.com
hcummings@littler.com

Attorneys for Defendant
STEVE DIMOPOULOS LLC, d/b/a
STEVE DIMOPOULOS LAW FIRM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY CORTEZ,<br><br>Plaintiff,<br><br>v.<br><br>STEVE DIMOPOULOS LLC, d/b/a STEVE DIMOPOULOS LAW FIRM; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-02714-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Tracy Cortez and Defendant Steve Dimopoulos LLC, d/b/a Steve Dimopoulos Law Firm, through their respective counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of September 2, 2026, up to and including **September 16, 2026**.

Good cause exists for the requested extension because Defendant's counsel was recently retained and requires additional time to review the allegations in the Complaint, investigate the claims, and prepare a responsive pleading.

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay, and the requested extension will not prejudice any party.

Dated: August 28, 2026

*/s/ Victoria L. Neal*
James P. Kemp, Esq.
Victoria L. Neal. Esq.
KEMP & KEMP, ATTORNEYS AT LAW

Attorney for Plaintiff
TRACY CORTEZ

Dated: August 28, 2026

*/s/ Hayley J. Cummings*
Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.
Hayley J. Cummings, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
STEVE DIMOPOULOS LLC, d/b/a
STEVE DIMOPOULOS LAW FIRM

**IT IS SO ORDERED.**

Dated: August 28, 2026

UNITED STATES MAGISTRATE JUDGE

4930-0131-6299.1 / 122819.1004

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800