JAMES P. KEMP, ESQ., Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ., Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Tracy Cortez*

**UNITED STATES COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY CORTEZ,<br><br>Plaintiff,<br>vs.<br><br>STEVE DIMOPOULOS LLC, d/b/a STEVE DIMOPOULOS LAW FIRM; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-02714-GMN-EJY<br><br>**~~PROPOSED~~ JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

The Parties, through their undersigned counsel, submit the following Joint Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a)–(b).

Plaintiff Tracy Cortez ("Plaintiff") filed a Complaint on July 18, 2026, in Case No. A-26-951669-C, filed in the Eighth Judicial District Court in Clark County, Nevada (the "Complaint"). (ECF No. 1-1). Plaintiff served the Complaint on Steve Dimopoulous LLC d/b/a Steve Dimopoulos Law Firm ("Defendant") on August 5, 2026, and Defendant filed its Petition for Removal on August 26, 2026 (ECF No. 1). For purposes of this proposed Discovery Plan and Scheduling Order, the Parties identify September 16, 2026, as the date the Answer was filed (ECF No. 12).

**A. Fed. R. Civ. P. 26(f) Conference**

Counsel for the Parties met and conferred as required by Fed. R. Civ. P. 26(f) on **October 9, 2026.**



KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**1. Discovery Cut-off Date:** In compliance with the Court's Minute Order, ECF No. 15, the Parties have calculated the 180-day discovery cut-off from October 15, 2026. The last day of discovery shall be **Tuesday, April 13, 2027**.

**2. Amending the Pleadings and Adding Parties:** Pursuant to LR 26-1(b)(2), the last date for filing motions to amend the pleadings or to add parties shall be **Wednesday, Jan 13, 2027**, which is 90 days before the discovery cut-off date.

**3. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Pursuant to LR 26-1(b)(3), the last date for initial expert disclosures shall be **Friday, Feb 12, 2027**, which is 60 days before the discovery cut-off date. The deadline for rebuttal expert disclosures shall be **Monday, March 15, 2027** (March 14, 2027, a Sunday) as the 30th day following initial expert disclosures.

**4. Dispositive Motions:** Pursuant to LR 26-1(b)(4), the last date for filing dispositive motions shall be **Thursday, May 13, 2027,** which is 30 days after the discovery cutoff date.

**5. Pretrial Order:** Pursuant to LR 26-1(b)(5), the joint pretrial order shall be filed no later than **Monday, June 14, 2027** (June 12, 2027, a Saturday), which is 30 days after the dispositive motion deadline, or 30 days after the Court resolves dispositive motions if any are pending, as applicable under the Local Rules.

**6. Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7)– (9), the Parties certify that they discussed mediation and alternative dispute resolution options and will continue to evaluate ADR as discovery proceeds. Counsel further certify that they considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and participation in the Short Trial Program. As this matter is to be tried by a jury, counsel certify that they discussed the use of electronic evidence at trial and will ensure compatibility with the Court's electronic evidence display system.

**7. Alternative Forms of Case Disposition:** The Parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties respectfully request trial by the District Judge.

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**8. Electronic Evidence:** The Parties certify that they have discussed whether they intend to present evidence in electronic format to jurors for purposes of jury deliberations. The Parties will consult the Court's website or contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence display system.

**B. Information Pursuant to Fed. R. Civ. P. 26(f)**

**1. Initial Disclosures:** The Parties agree that there should be no changes in the form or requirements for disclosures under Fed. R. Civ. P. 26(a)(1). Initial disclosures shall be made by **October 30, 2026,** unless otherwise agreed or ordered.

**2. Subject of Discovery:** The Parties agree that discovery should extend to the full extent allowed by the Federal Rules of Civil Procedure and that discovery should not be limited to any particular issue, without prejudice to a Party's right to object to discovery or seek a protective order. Discovery does not need to be conducted in phases.

**3. Issues Regarding Disclosure of Electronically Stored Information:** The Parties do not presently anticipate any issues regarding the disclosure of electronically stored information. Any such issues that unexpectedly arise will be addressed on an ad hoc basis.

**4. Issues About Claims of Privilege/Protection of Trial Preparation Materials:** The Parties do not presently believe that any protective orders pursuant to Fed. R. Civ. P. 26(c) are necessary but will submit a proposed confidentiality and protective order for the Court's review if necessary.

**5. Changes Made in Limitations on Discovery:** The Parties have discussed possible modifications to limitations on discovery.

**i. Electronic Copies and Service:** The Parties consent to service by electronic means. Service on Plaintiff shall be to jp@kemp-attorneys.com, vneal@kemp-attorneys.com and bfurnell@kemp-attorneys.com. Service on Defendant shall be made to wkrincek@littler.com; cwitty@littler.com; kstegall@littler.com; emelwak@littler.com; jconti@littler.com; mrodriguez@littler.com; and

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

jsharpe@littler.com. Service of all documents filed with the Court shall be made through the Court's ECF system.

**ii. Inadvertent Disclosure:** The Parties request that the Court enter an order pursuant to Federal Rule of Evidence 502(d) providing that inadvertent production of materials covered by the attorney-client privilege or work-product protection is not a waiver in this or any other proceeding. In the event of inadvertent production, at the producing Party's request, the receiving Party shall promptly return, sequester, or destroy the inadvertently produced materials in accordance with Fed. R. Civ. P. 26(b)(5)(B). If the receiving Party discovers materials that, upon inspection, the receiving Party reasonably should understand to be privileged and inadvertently produced, the receiving Party shall promptly inform the producing Party and refrain from further review or use pending resolution of the claim of privilege.

**C. Settlement**

In accordance with Fed. R. Civ. P. 26(f), the Parties have discussed settlement but have not reached an agreement at this time.

**D. Later Appearing Parties**

A copy of this Discovery Plan and Scheduling Order shall be served upon any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance. This Discovery Plan and Scheduling Order shall apply to such later appearing Parties unless a stipulation of the Parties is approved by the Court or the Court, on motion for good cause shown, otherwise orders.

**E. Additional Information**

None.

**F. Court Conference**

The Parties do not request a conference with the Court before entry of this Scheduling Order.

Accordingly, the Parties respectfully request approval of the foregoing discovery and scheduling deadlines.

Dated: October 20, 2026

Respectfully submitted,

KEMP & KEMP

/s/ Victoria L. Neal
James P. Kemp, Esq.
Victoria L. Neal, Esq.

*Attorneys for Plaintiff*
*TRACY CORTEZ*

Dated: October 20, 2026

Respectfully submitted,

LITTLER MENDELSON

/s/ Cayla J. Witty
Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.
Cayla J. Witty, Esq.

*Attorneys for Defendant*
*STEVE DIMOPOULOS LLC, d/b/a*
*STEVE DIMOPOULOS LAW FIRM.*

The above discovery plan and scheduling order is adopted by the Court. The Court further finds Fed. R. Evid. 502, and caselaw interpreting the rule, applies to inadvertent disclosures of work product and attorney-client privileged communications.

IT IS SO ORDERED this 20th day of October 2026.

UNITED STATES MAGISTRATE JUDGE
HONORABLE ELAYNA YOUCHAH

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983